January 5, 1981.

432 A.2d 245

Commonwealth v. Ball, Appellant.

Argued September 11, 1980. Robert J. O'Shea, Assistant Public Defender, for appellant; David McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.